The order below is hereby signed.

Signed: May 25 2011



S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )    Case No. 10-01094
ROBERT MARK MORDKIN,               )    (Chapter 7)
                                   )
            Debtor.                )

ORDER SUSTAINING AMENDED OBJECTION OF ALPINE
BANK TO DEBTOR'S CLAIM OF EXEMPTIONS (SCHEDULE C)

Pursuant to a memorandum decision of this date, it is

ORDERED that the Amended Objection of Alpine Bank to Debtor's Claim of Exemptions (Schedule C) (Dkt. No. 21) is SUSTAINED.  It is further

ORDERED that the debtor's exemption with respect to accrued unpaid net wages (as defined in the Objection) is DENIED to the extent the exemption is based upon D.C. Code § 16-572.

[Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; Chapter 7 Trustee; Brian F. Kenney and Margeaux Witherspoon, attorneys for Alpine Bank.

O:\TEEL\Harvey\Orders\Misc\MarkleWeritExemptionDenyORDER (Mordkin).wpd